UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| GEORGE WESLEY OLIVER,            ) | |
| ) | 3:  11-CV-00063-JO |
| Petitioner,       ) | |
| ) | |
| v.                                                 ) | |
| ) | |
| RICK COURSEY,                       ) | ORDER TO DISMISS |
| ) | |
| Respondent.   ) | |

JONES, District Judge.

Respondent moves the Court to dismiss the Amended Petition for Writ of Habeas Corpus as moot on the basis petitioner passed away on June 19, 2015. Petitioner's counsel joins in respondent's Motion [50]. Respondent's Motion is well taken. Accordingly, petitioner's Amended Petition for Writ of Habeas Corpus [15] is DISMISSED.

IT IS SO ORDERED.

DATED this 6<sup>t</sup> day of July, 2015.

_____
Robert E. Jones
United States District Judge

1 - ORDER TO DISMISS